UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

v.

THOMAS GROSINSKY,

          Defendant.
_____/

CRIMINAL NO. 08-20090
HONORABLE AVERN COHN

## **ORDER GRANTING DEFENDANT'S MOTION TO AMEND BOND**

Before the Court is the Defendant's Motion to Amend Bond. The defendant seeks to amend the conditions of bond to move to Ohio in order to accept an offer of employment. On September 15, 2008 the Court held a hearing. For the reasons stated on the record,

IT IS HEREBY ORDERED that the motion is GRANTED. The Defendant shall be allowed to move to Ohio.

IT IS FURTHER ORDERED that the Defendant shall report to Pretrial Services via telephone on a weekly basis. All other conditions of bond shall remain in effect.

SO ORDERED.


Dated: September 15, 2008        s/Avern Cohn
                                         AVERN COHN
                                         UNITED STATES DISTRICT JUDGE